Petition for injunction. Before Judge HARRIS. Troup county. At chambers, April 25, 1893.

J. F. DANIEL and J. H. LUMPKIN, for plaintiff.
A. A. MANNING and T. H. WHITAKER, for defendants.

---

MITCHELL et al. v. MITCHELL, executor, et al.

There was no abuse of discretion in granting a temporary injunction.
July 24, 1893.                                   Judgment affirmed.

Equitable petition. Before Judge HENRY. Floyd county. At chambers, February 1, 1893.

The petition prayed that the court settle, by decree, whether defendants were entitled to a second and third year's support, and the amount thereof, and how certain lands should be partitioned; that an account of the executor be taken to ascertain the assets and liabilities of the estate, and the liability of the legatees; for direction to the executor, general relief, etc. It was further prayed, that defendants be enjoined from prosecuting their applications for second and third year's support, from hindering and delaying the executor in winding up the estate, and from interfering with its administration. The court granted the injunction as prayed, and ordered that an application made by the executor for sale of the lands be suspended until the hearing before a jury. It is unnecessary to report the case further.

DABNEY & FOUCHÉ and J. S. FOUCHÉ, for plaintiffs in error. J. BRANHAM, contra.

---

PELLIGRINI & CASTLEBERRY v. CUNNINGHAM.

This being the first grant of a new trial, and nothing appearing to take it out of the general rule applicable in such cases, the
May 15, 1893.                                   Judgment is affirmed.